Commonwealth *v.* Bennett, Appellant.

Argued June 8, 1970. *Thomas E. Duffy,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *Paul W. Tressler,* Assist-

ant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.